## WYANT et al. v. SCHUMAN.

No. 19665.   Opinion Filed Oct. 7, 1930.

R. Wyant, for plaintiff in error.

Chas. E. Wells, for defendants in error.

HEFNER, J.  The plaintiffs in error herein, as plaintiffs, brought this suit to quiet title to certain lots in the city of Shawnee. The trial court after hearing the evidence rendered judgment in favor of the defendant.

It is well settled in this jurisdiction that an argument in the brief unsupported by a proper citation of authorities is not sufficient to overcome the presumption indulged by the Supreme Court in favor of the correctness of the judgment of the trial court. McAlester Edwards Coal Co. v. Stephenson, 126 Okla. 219, 260 Pac. 78.

After a careful consideration of the brief and authorities cited therein, we are of the opinion that the argument and authorities contained in the brief are not sufficient to overcome the presumption indulged in favor of the correctness of the judgment of the trial court, and its judgment is affirmed.

RILEY, CLARK, CULLISON, SWINDALL, and ANDREWS, JJ., concur.

MASON, C. J., LESTER, V. C. J., and HUNT, J., absent.

## RIDELL v. YODER et ux.

No. 21693.   Opinion Filed Oct. 7, 1930.

W. F. Parker and Ralph Rawlings, for plaintiff in error.

Huddleston & White, for defendants in error.

PER CURIAM.  This is an appeal from the order of the district court of Oklahoma county, made on the 11th day of August, 1930, dissolving an attachment. The appeal was filed in this court September 11, 1930, 31 days after the order appealed from was made.

Section 809, C. O. S. 1921, provides that an appeal from an order dissolving an attachment shall be filed within 30 days from the discharge of such attachment. The 30 days in which to file the appeal in this cause expired September 10, 1930. An appeal from an order discharging or modifying an attachment must be filed in this court within 30 days from the date on which the order appealed from was made, and if not so filed, this court acquires no jurisdiction to entertain an appeal from such order. Berry-Beall D. G. Co. v. Adams, 87 Okla. 291, 211 Pac. 79; First Nat. Bank of Ft. Smith v. Chowning, 95 Okla. 137, 218 Pac. 676; Jones v. Nelson, 139 Okla. 198, 281 Pac. 792. For the reason the appeal was not filed in this court within the time allowed by law, this court is without jurisdiction to review the judgment appealed from, and upon motion of the defendants in error, the appeal is dismissed.